

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manouchehr Riazati | Civil Action No.  18cv0183-MMA(KSC) |
| **Plaintiff,** | |
| V. | |
| Public Storage Inc.; PSCC Inc.; Brian Berg; Does 1-20 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That the Court grants Plaintiff's motion to proceed IFP. The Court dismisses Plaintiff's ADA claim without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B), and declines to exercise supplemental jurisdiction over the remaining state law claims. As such, the Court denies as moot Plaintiff's motion to appoint counsel.

**Date:** _____2/6/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman
_____
R. Chapman, Deputy